**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jakayla Clay and Charles Edwards, Defendants,

Of whom Charles Edwards is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2025-002056

―――――――――

Appeal From Charleston County
Alice Anne Richter, Family Court Judge

―――――――――

Unpublished Opinion No. 2026-UP-409
Submitted August 11, 2026 – Filed August 13, 2026

―――――――――

**AFFIRMED**

―――――――――

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Bradford C. Andrews, of The Law Office of Bradford C. Andrews, LLC, of Charleston, as the Guardian ad Litem for Appellant.

Sally R. Young, of the South Carolina Department of Social Services, of North Charleston, for Respondent.

Riley Augustus Bradham, of Bradham Law Firm, of Charleston, for the Guardian ad Litem for the minor child.

———————

**PER CURIAM:** Charles Edwards appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Edwards's counsel.

**AFFIRMED.**[1]

**GEATHERS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.